TOWN OF WESTMINSTER and Virginia Ruppe v. Judson B. HALL, No. 349-78

March 22, 1979. Motion to reconsider order denying permission to take an interlocutory appeal, V.R.A.P. 5(b)(1), denied.

Robert B. and Virginia B. HARVEY v. TOWN OF WAITSFIELD, No. 5-78

March 26, 1979. The period stated in the entry order of March 22, 1979, for appellee's response to the motion to reargue is extended so as to expire on April 9, 1979.

Daley, J.

ST. JOHNSBURY ELECTRIC CO., INC. v. NORTH STAR CONSTRUCTION CORP. v. New Hampshire Insurance Co., No. 298-78

March 26, 1979. Motion to Withdraw as Counsel for North Star Construction Corp. filed by Witters, Zuccaro, Willis & Lium, Inc. is granted.

Daley, J.

STATE of Vermont v. George Joseph HOHMAN, No. 32-79

April 2, 1979. On petition of the State, bail is terminated. V.R.A.P.

9(b). Defendant is committed to the custody of the Commissioner of Corrections forthwith under the sentence imposed by the Washington Superior Court in this cause. Let a mittimus issue accordingly.

Nelson LYFORD v. Kenneth and Barbara MILLER, No. 101-77

April 3, 1979. Appeal dismissed for failure to comply with the Progress Order of February 6, 1979.

Kathie and Stephen WEIBUST v. HARPER HOTELS OF VERMONT, No. 257-78

April 3, 1979. Cause dismissed for failure to comply with the order of February 13, 1979.

GALLAGHER LUMBER COMPANY, INC. v. TOWN OF MIDDLESEX, No. 42-79

April 5, 1979. The plaintiff's appeal is dismissed for lack of jurisdiction; see *Amodeo v. Town of Readsboro*, 137 Vt. 105, 401 A.2d 902 (1979).